IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| DANIEL R. MAYFIELD, JR., | ) | |
| | ) | |
| v. | ) | 2:08-0112 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security. | ) | |

## O R D E R

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends this action be dismissed without prejudice. No objections have been filed.

The Court has read and considered the Report and Recommendation and finds the same to be correct in fact and law. The Plaintiff failing to comply with Judge Knowles' previous Order requiring Plaintiff to file an explanation showing cause for his failure to serve Defendant within 120 days after the filing of the Complaint pursuant to Fed. R. Civ. P. 4(m). For the reasons set forth in the Report and Recommendation, this case is **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge